TENTATIVE RULING

ISSUED BY JUDGE LOUISE DeCARL ADLER

Debtor:     ERICK A SOLORZANO
Number:     14-08513-LA13

Hearing:    02:00 PM   Wednesday, January 14, 2015

Motion:     OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS FILED BY TODD HEADDEN ON BEHALF OF TRUSTEE THOMAS H. BILLINGSLEA

**MATTER OFF CALENDAR.**   Trustee lodged an order dismissing the case (although has not uploaded it) on 12/22/14 for lack of opposition to the Objection.