CSD 1001C [11/15/04]

Name, Address, Telephone No. & I.D. No.

Thomas H. Billingslea, Jr., [SBN 144483] Chapter 13 Trustee
Todd Headden [SBN 269282] Research Attorney
401 West "A" Street, Suite 1680
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)

Order Entered on January 13, 2015
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Erick A. Solorzano

Debtor.

**LODGED**

BANKRUPTCY NO. 14-08513-LA13

Date of Hearing: January 14, 2015
Time of Hearing: 2:00 pm
Name of Judge: Hon. Louise DeCarl Adler

# ORDER ON

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS CASE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Notice of Lodgment Docket Entry No. __22__

//
//
//
//
//
//

DATED: January 13, 2015

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

/s/ Louise DeCarl Adler
Judge, United States Bankruptcy Court

Submitted by:

Thomas H. Billingslea, Jr., Chapter 13 Trustee
(Firm name)

By: /s/ Todd Headden
Attorney for  ☑ Movant  ☐ Respondent

CSD 1001C

```
CSD 1001C [11/15/04](Page 2)
```
ORDER ON TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS CASE
DEBTOR: Erick A. Solorzano                                                            CASE NO: 14-08513-LA13

---

I. REGARDING TRUSTEE'S OBJECTION TO CONFIRMATION:
The undersigned attorney for the above-referenced Trustee:

A. Represents that the Debtor(s) has failed to respond within the time period that complies with Section 3015-5(c) of the Local Rules of The United States Bankruptcy Court For the Southern District of California.

IT IS HEREBY ORDERED AND ADJUDGED THAT:
1. The above-entitled case is dismissed without prejudice as to the above-named Debtor(s) only.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-3.
3. All stays now in effect for this case are vacated and the provisions of 11 U.S.C. § 349 shall hereafter apply.

```
CSD 1001C
```

Signed by Judge Louise DeCarl Adler January 13, 2015